NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN JASON LORBER,             )
                                     )

       Appellant,          )
                                     )

v.                           )       Case No. 2D17-1382
                                     )

STATE OF FLORIDA,           )
                                     )

       Appellee.           )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Charlotte County; Donald H. Mason, Judge, and Paul Alessandroni, Acting Circuit Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Johnny T. Salgado, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

       Affirmed.


SILBERMAN, VILLANTI, and BLACK, JJ., Concur.